■ In the Matter of FRANCIS L. REITER et al., Appellants, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, and OLIVER PILAT et al., Respondents. — Judgments of the Supreme Court, New York County (Alvin Klein, J.), entered on August 21, 1984, unanimously affirmed, without costs and without disbursements. It was conceded on

oral argument that the judgments appealed from do not invalidate the candidacies of candidates not served with petitions to invalidate. No opinion. Concur — Silverman, J. P., Fein, Kassal and Alexander, JJ.